# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2684
LT Case No. 2009-CF-000189

———————————————

DENNIS LONG,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.800 Appeal from the Circuit Court for Clay County.
Steven B. Whittington, Judge.

Dennis Long, Bowling Green, pro se.

Ashley Moody, Attorney General, and Damaris Reynolds,
Assistant Attorney General, Tallahassee, for Appellee.

November 9, 2023

PER CURIAM.

This court previously affirmed the postconviction court's order denying Appellant's motion to correct illegal sentence in Clay County Circuit Court Case Number 2009-CF-189. Because it appears that Appellant's postconviction filings are repetitive and frivolous, Appellant is cautioned that any further pro se filing in this court asserting claims stemming from Clay County Circuit Court Case No. 2009-CF-189 may result in sanctions such as a bar on pro se filing in this court and a referral to prison officials for

disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2023); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.